GIBSON v. THE ST. LOUIS, KANSAS CITY & NORTHERN RAILWAY COMPANY, *Appellant.*

**Action by third party on Contract made for his Benefit.** Where a debtor abandons his contract and the owner, being indebted to the contractor for work done, pays the laborers, deducting what they owe A., then pays A., deducting what he owes B., all parties thus paid acceding to the arrangement, there is an implied undertaking on the part of the owner to pay B. the amounts thus retained, and B. has a right of action therefor upon the implied promise thus made for his benefit.*

---

*This syllabus is taken from 7 Mo. App. 586.

Redmond v. The Chicago, Rock Island & Pacific Railway Company.

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Wells H. Blodgett* for appellant.

*Thos. Metcalfe* with *Cline, Jamison & Day* for respondent.

HOUGH, C. J.—This case has been twice argued, orally, in this court, and after a careful consideration of the same, by each of the judges sitting therein, we are of opinion that the court of appeals has, in its opinion, satisfactorily disposed of all the questions involved, and the judgment of that court will, therefore, be affirmed. Judge RAY not sitting.